STATE, RESPONDENT, *v.* KIM, APPELLANT.

(No. 5,316.)

(Submitted October 27, 1923. Decided November 13, 1923.)

[220 Pac. 81.]

(For syllabus, see *State* v. *Hem, ante,* p. 57.)

*Appeal from District Court, Yellowstone County; Robert C. Stong, Judge.*

LOUIE KIM, convicted of unlawfully selling narcotics, appeals from the judgment. Reversed.

*Mr. O. F. Goddard* and *Mr. H. C. Crippen,* for Appellant.

*Mr. Wellington D. Rankin,* Attorney General, for Respondent.

MR. JUSTICE COOPER delivered the opinion of the court.

The defendant, Louie Kim, *alias* "Spot," was convicted of a violation of the statute prohibiting the unlawful sale of narcotics (sec. 3189, Rev. Codes 1921), and appealed from the judgment. The information herein is a replica of that held fatally defective in cause No. 5315, *State* v. *Tom Hem, ante,* p. 57, 220 Pac. 80. The same objections are urged against it as were passed upon in the *Hem Case.* The decision in that case is controlling in this one.

On the authority of *State* v. *Hem* the judgment is reversed and the cause remanded, with directions to the district court of Yellowstone county to discharge the defendant from custody.

*Remanded, with directions.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES HOLLOWAY, GALEN and STARK concur.